**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2004**

———————

RAYMON REDMON HARMON, JR.,

                                        Plaintiff - Appellant,

        versus

NORMA RADAU; PAIGE M. GRIMBALL; BRENT DETER;
THE BUNCOMBE COUNTY DEPARTMENT OF SOCIAL
SERVICES,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-99-209-MU-1-3)

———————

Submitted: October 26, 2000            Decided: November 1, 2000

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Raymon Redmon Harmon, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymon Redmon Harmon, Jr., seeks to appeal the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We dismiss the appeal for lack of jurisdiction because Harmon's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, <u>see</u> Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).  This appeal period is "mandatory and jurisdictional."  <u>Browder v. Director, Dep't of Corrections</u>, 434 U.S. 257, 264 (1978) (quoting <u>United States v. Robinson</u>, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on December 13, 1999.  Harmon's notice of appeal was filed on July 17, 2000.  Because Harmon failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2